UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH LOGAN,

                Petitioner,

-against-

STATE OF NEW YORK DOCCS,

                Respondent.

23-CV-6196 (LTS)

ORDER

LAURA TAYLOR SWAIN, United States District Judge:

Petitioner submitted this petition for a writ of *habeas corpus* under 28 U.S.C. § 2254.[1] He has attached to the petition documents relating to the NYC Restrictive Confinement Settlement in *Miller et al v. City of New York*, No. 21-CV-2616 (E.D.N.Y.). (ECF 1 at 57-66.) The notice states that the forms must be completed and returned to the Settlement Administrator not later than September 5, 2023. As a courtesy to Petitioner, the Court directs the Clerk of Court to extract pages 57–66 from the petition and forward these pages to the Settlement Administrator at the address provided. Nevertheless, it remains Petitioner's responsibility to ensure that all paperwork in connection with that matter is properly submitted, and the Court makes no representation that submission of his settlement paperwork is complete.[2]

## CONCLUSION

The Court directs the Clerk of Court to extract pages 57 – 66 from the petition and forward these pages to the Settlement Administrator at the following address: NYC Restrictive Confinement Settlement – 8305, P.O. Box 2413, Fairbault, MN 55021-2378.

---

[1] By separate order, the Court notified Petitioner that this action cannot proceed until he pays the $5.00 filing fee or submits an *in forma pauperis* application showing that he is unable to pay the filing fee.

[2] The paperwork lists the following phone number for questions: (833) 915-0957.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 24, 2023
New York, New York

      /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
 Chief United States District Judge