UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH LOGAN,

                           Petitioner,

        -against-

STATE OF NEW YORK DOCCS,

                          Respondent.

23-CV-6196 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the August 22, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 22, 2023
            New York, New York

                                                             /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                            Chief United States District Judge